*Patterson, 6*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10
```

SAM WOLANYK, on behalf of himself and all
others similarly situated,

                Plaintiff,

      vs.

JPMORGAN CHASE & CO., J.P. MORGAN
CLEARING CORP., J.P. MORGAN
SECURITIES INC., J.P. MORGAN FUTURES
INC., HSBC HOLDINGS PLC, HSBC
SECURITIES (USA) INC., and HSBC BANK
USA, NATIONAL ASSOCIATION,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:10-cv-08343

Hon. Robert P. Patterson

## STIPULATION AND [PROPOSED] ORDER

Plaintiff Sam Wolanyk and defendants JPMorgan Chase & Co., J.P. Morgan
Clearing Corp., J.P. Morgan Securities Inc., J.P. Morgan Futures Inc. (collectively, "JPMorgan"),
HSBC Securities (USA) Inc. and HSBC Bank USA, National Association (collectively,
"HSBC") (together with JPMorgan, "Stipulating Defendants"), by and through their respective
undersigned counsel, subject to this Court's approval, agree and stipulate as follows concerning
Stipulating Defendants' time to answer, move to dismiss or otherwise respond to the complaint
in the above-captioned proceeding (the "Complaint"):

### RECITALS

WHEREAS, on November 4, 2010, Plaintiff commenced the above-captioned
proceeding in this District;

WHEREAS, other cases alleging similar claims under the Commodity Exchange
Act, 7 U.S.C. § 1, *et seq.*, Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, *et seq.*, and

other laws have been filed in United States District Court for the Southern District of New York

and in the United States District Court for the Eastern District of New York against Stipulating

Defendants (collectively, with the above-captioned action, the "Actions");

WHEREAS, the Plaintiff in the Action styled *DePaoli v. JPMorgan Chase & Co.,*

*et al.,* 1:10-cv-05054 (E.D.N.Y.), filed a Motion for Transfer and Consolidation of Related

Antitrust Actions Pursuant to 28 U.S.C. § 1407 ("DePaoli Motion");

WHEREAS, the Plaintiff in the Action styled *Nalven v. JP Morgan Chase & Co.,*

*et al.,* 1:10-cv-08284 (S.D.N.Y.), filed a Motion for Transfer and Consolidation of Related

Antitrust Actions Pursuant to 28 U.S.C. § 1407 ("Nalven Motion");

WHEREAS, the Judicial Panel on Multidistrict Litigation ("JPML") has assigned

MDL No. 2213 and has ordered that any responses to the DePaoli Motion and the Nalven

Motion are due on or before November 29, 2010;

WHEREAS, the parties therefore agree that Stipulating Defendants need not

answer or otherwise respond to the Complaint because the Complaint will likely be superseded

by a consolidated amended complaint in MDL No. 2213;

WHEREAS, this is the parties' first application to extend the time for Stipulating

Defendants to respond to the Complaint;

THEREFORE, IT IS STIPULATED AND AGREED:

1.    Stipulating Defendants need not answer, move to dismiss or otherwise

respond to the Complaint until after the JPML rules on whether to transfer this Action as part of

MDL No. 2213.

2.    Stipulating Defendants shall have 60 days to answer, move to dismiss or

otherwise respond to the operative complaint in this Action from the earlier of (1) the filing of a

- 2 -

consolidated amended complaint in MDL No. 2213, or (2) service of the JPML's decision that this Action will not be transferred as part of MDL No. 2213.

       3.    The entry into this Stipulation shall not constitute a waiver of any defense.

       4.    If any answer or other responsive pleading is filed by any Stipulating Defendant in any of the Actions before the date provided by this Stipulation, or if any documents are produced in such Actions, the Stipulating Defendants will file their answer or responsive pleading, and shall produce such documents, in this Action. Any production of documents will be subject to a protective order to be negotiated by the parties.

       5.    Stipulating Defendants agree that they have been served or have agreed to waive service with respect to this Action.

       6.    All parties agree that they will preserve documents and other materials in accordance with their obligations under the Federal Rules of Civil Procedure. By preserving a document, a party does not concede that the document is discoverable or relevant.

       7.    By entering into this Stipulation, no party thereto shall be precluded from arguing that the JPML petitions that have been filed are legally insufficient or otherwise should be dismissed.

- 3 -

8.     Neither party shall rely on this Stipulation to argue that this Action is

stayed.

AGREED:

Dated: November 29, 2010

Gregory Frank
Brian P. Murray
Lee Albert
MURRAY, FRANK, & SAILER LLP
275 Madison Avenue, Suite 801
New York, N.Y. 10016
Phone: (212) 682-1818
Fax: (212) 682-1892

Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD
     LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 231-1058
Fax: (619) 239-3247

Gayle Blatt
Mitchell J. Olson
CASEY GERRY SCHENK FRANCAVILLA
     BLATT & PENFIELD LLP
110 Laurel St.,
San Diego, CA 92101-1486
Phone: (619) 238-1811
Fax: (619) 544-9232

Jeffrey Krinsk
FINKELSTEIN AND KRINSK LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
Phone: (619) 238-1333
*Attorneys for Plaintiff Sam Wolanyk*

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 956-7500
*Attorneys for Defendants JPMorgan Chase &
Co.; J.P. Morgan Clearing Corp.; J.P. Morgan
Securities Inc.; J.P. Morgan Futures Inc.*

David E. Brodsky
CLEARY GOTTLIEB STEEN &
     HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael Lazerwitz
Leah Brannon
CLEARY GOTTLIEB STEEN &
     HAMILTON LLP
2000 Pennsylvania Ave, NW
Washington, DC 20006
(202) 974-1500
*Attorneys for Defendants HSBC Securities
(USA) Inc. and HSBC Bank USA, National
Association*

IT IS SO ORDERED:
     11/30/10

Hon. Robert P. Patterson
United States District Judge

- 4 -